AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| FAST 101 PTY LTD., <br><br> *Plaintiff(s)* <br> v. <br> CITIGROUP INC. and CITIBANK, N.A., <br><br> *Defendant(s)* | Civil Action No. 1:19-cv-1819 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITIBANK, N.A.
388 Greenwich Street
New York, New York 10113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Raymond H. Lemisch
KLEHR HARRISON HARVEY BRANZBURG, LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 3 0 2019

*Signature of Clerk or Deputy Clerk*

| | |
|---|---|
| Raymond H. Lemisch, Esquire<br>1835 Market St., Suite 1400   Philadelphia, PA 19103 | **DENNIS RICHMAN'S**<br>—— SERVICES —— |
| CASE NUMBER: 1:19-cv-1819<br><br>Fast 101 PTY Ltd. vs. Citigroup, Inc., et al | SUMMARY OF SERVICE<br>JOB COMPLETE<br>P172963<br>Fowarding Process Service |
| | COMPLETED BY<br>Court Support<br>10/4/2019  9:51 AM |
| **SUMMARY OF SERVICE** | Reference No.: |

DOCUMENTS SERVED: Summons & Complaint, Report to the Commissioner of Patents and Trademarks, Notice, Consent & Referral Forms;

        PARTY SERVED:    Citibank, N.A.
DATE & TIME OF SERVICE:    10/4/2019
                                       9:51 AM
ADDRESS, CITY, AND STATE:    388 Greenwich St.
                                       New York, NY 10113

MANNER OF SERVICE:

## OFFICIAL AFFIDAVIT OF SERVICE/NON-SERVICE WILL FOLLOW IN THE MAIL

http://www.dennisrichman.com

SERVICE OF PROCESS | SKIP TRACING | COURT FILINGS

**NOT A PROOF OF SERVICE | SUMMARY OF SERVICE | NOT A PROOF OF SERVICE**

Did you know you can check status, place orders, and look up costs online?
http://www.dennisrichman.com

# SUMMARY OF SERVICE

Summary/P172963