IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAST 101 PTY LTD.,<br><br>  Plaintiff,<br><br>v.<br><br>CITIGROUP INC. and CITIBANK, N.A.,<br><br>  Defendants. | Civil Action No. 19-1819-RGA |

ORDER

For the reasons stated in the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (D.I. 14) is **GRANTED,** the complaint (D.I. 1) is **DISMISSED**, and Plaintiff is **DENIED** leave to amend.

Entered this 30 day of January, 2020.

*/s/ Richard G. Andrews*
United States District Judge